# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12–cv–03467–LAP

Gay v. Terrell et al  
Assigned to: Judge Loretta A. Preska  
Cause: 42:1983 Civil Rights Act

Date Filed: 05/01/2012  
Date Terminated: 06/08/2012  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Eric Steven Gay**      represented by    **Eric Steven Gay**  
64363–053  
Metropolitan Detention Center (Brooklyn)  
80 29st.  
Brooklyn, NY 11232  
PRO SE

V.

**Defendant**

**Warden Duke Terrell**

**Defendant**

**Med. Supervisor Mr. Italia**

**Defendant**

**Doctor Newland**

**Defendant**

**Shu LtMr. Pasley**

**Defendant**

**Lt. Mr. Gruse**

**Defendant**

**Officer Cabellero**

**Defendant**

**Officer Hernandez**

**Defendant**

**Officer Jiminez**

**Defendant**

**Officer King**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/01/2012 | Ï 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Eric Steven Gay.(rdz) (rdz). (Entered: 05/07/2012) |
| 05/01/2012 | Ï 2 | COMPLAINT against Cabellero, Gruse, Hernandez, Italia, Jiminez, King, Newland, Pasley, Duke Terrell. Document filed by Eric Steven Gay.(rdz) (Entered: 05/07/2012) |
| 05/01/2012 | Ï | Case Designated ECF. (rdz) (Entered: 05/07/2012) |
| 05/01/2012 | Ï | Case Designated PLRA purs. to Prison Litigation Reform Act Section 7(2)(g)(2). (rdz) (Entered: 05/07/2012) |
| 05/09/2012 | Ï 3 | Pro Se Acknowledgment Letter Mailed: Pro Se acknowledgment letter mailed to the plaintiff via USPS to the address noted on the Complaint on 5/9/12. (mt) (Entered: 05/09/2012) |
| 06/08/2012 | Ï | NOTICE OF CASE ASSIGNMENT – SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (mro) (Entered: 06/11/2012) |
| 06/08/2012 | Ï 4 | TRANSFER ORDER: The Clerk of Court is directed to assign this matter to my docket and to mail a copy of this Order to Plaintiffs. The Clerk of Court is further directed to transfer this action to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. §§ 1404(a), 1406(a). Whether Plaintiffs should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. The Court waives the provision of Rule 83.1 of the Local Rules for the Southern District of New York that requires a seven−day delay before the Clerk of Court may effectuate the transfer of the case to the transferee court. A summons shall not issue from this Court. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Loretta A. Preska on 6/8/2012) Copies Mailed By Docket Services. (mro) (Entered: 06/11/2012) |